FILED
*February 4, 2015*
Third Court of Appeals
Jeffrey D. Kyle
Clerk

ACCEPTED
03-14-00737-CV
4019153
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/4/2015 1:33:11 PM
JEFFREY D. KYLE
CLERK

No. 03-14-00737-cv

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/4/2015 1:33:11 PM
JEFFREY D. KYLE
Clerk

IN THE THIRD COURT OF APPEALS

AUSTIN, TEXAS

_____

CHASE CARMEN HUNTER v. ELEANOR KITZMAN IN HER OFFICIAL

CAPACITY AS COMMISSIONER OF INSURANCE, JULIA RATHGEBER

IN HER OFFICIAL CAPACITY AS COMMISSIONER OF INSURANCE,

AND THE TEXAS DEPARTMENT OF INSURANCE

_____

MOTION FOR ASSISTANCE WITH SCHEDULING REQUIRED HEARING

IN THE UNDERLYING COURT

_____

From Cause D-1-GN-13001957 In The 250th District Travis

County, Texas, The Honorable John K. Dietz Presiding

_____

Chase Carmen Hunter, *pro se*
340 S. Lemon Ave. #9039
Walnut, CA 91789
Telephone: 707-706-3647
Facsimile: 703-997-5999
Chase_Hunter@yahoo.com

- 1 -

TO: THE JUSTICES OF THIS COURT

On about January 21, 2015, Hunter received a notice via email from this court that included an "Order and Memorandum Opinion" which stated that the underlying court was directed to hold a hearing on the Respondents' challenge to Hunter's motion to proceed in this appeal without prepayment of fees ("Motion IFP").

Hunter has not received from the Respondents their challenge of Hunter's Motion IFP which they apparently filed with this Court according to the "Order and Memorandum Opinion".

On January 29, 2015, at 3:09 pm CST, Hunter received a voicemail message from Warren Vavra who is the court administrator for the underlying court. His voicemail message stated only that he was calling to schedule a hearing and that he had a variety of dates to choose from. But he did not leave the dates in his voicemail message. He did not contact Hunter in writing.

On January 30, 2015, Hunter faxed a letter to Mr. Vavra at 512-854-9332 which stated that Hunter had received his voicemail message, that Hunter had not received the Respondents' challenge to Hunter's Motion IFP, that Hunter asked that the Respondents be directed to email their challenge to Hunter at chase_hunter@yahoo.com ; that Hunter be given 10 days to respond in writing to said challenge, and that Mr. Vavra provide Hunter, via facsimile at 703-997-5999, a list of possible hearing dates to hold the hearing on the Respondents' challenge during which Hunter would appear by telephone.

As of yesterday's date, the end of business on February 3, 2015, [which was the date Hunter first attempted to file the foregoing with the clerk] Hunter has received no correspondence from Mr. Vavra.

Hunter copied Cynthia Morales who is an attorney for the Texas Attorney General's office on the aforementioned fax sent to Mr. Vavra.

Hunter has received no correspondence from Ms. Morales as of 2/3/2015.

Hunter attempted to file this document on 2/3/2015 [and served the Respondents with this attempted document] but it was rejected by the clerk for non-compliance with Tex. R. App. P. 10.1(a)(5) [even though the document itself was certified and specifically outlined attempts to conference on the issues].

Since the clerk's rejection received on 2/4/2015, Hunter has supplemental information as follows:

Hunter received an email from Ms. Morales on 2/4/2015 at chase_hunter@yahoo.com in which she stated that she mailed the challenge to Hunter's Motion IFP to an incorrect address which Hunter believes was an innocent mistake.

Ms. Morales emailed documents to Hunter at chase_hunter@yahoo.com on 2/4/2015 which appear to provide the documents that Hunter describes herein but Hunter has not had time to review the documents yet.

Ms. Morales stated that she mailed said documents to Hunter via regular first-class mail and certified mail on 2/4/2015 to the correct mailing address for Hunter.

WHEREFORE, Hunter enters this request that this court direct the underlying court to communicate with Hunter in writing.

As has been explained in this appeal, the clerk of the underlying court has inserted fraudulent documents into the record and has refused to provide Hunter with services that the clerk is statutorily required to provide. In addition, the judge of the underlying

court has refused to respond to any motions Hunter has filed with the underlying court and with the judge directly. For these reasons, all communications with the underlying court must be in writing.

Respectfully Submitted,

/s/ Chase Carmen Hunter

Chase Carmen Hunter
Appellant, pro se
340 S. Walnut Ave. #9039, Walnut, CA 91789
Tel: 707-706-3647, Fax: 703-997-5999
Email: Chase_Hunter@yahoo.com

## **CERTIFICATION**

I, Chase Carmen Hunter, swear under penalty of perjury that the foregoing statements are true and correct.

_____          ___2/4/2015___
Chase Carmen Hunter

## **CERTIFICATION PURSUANT TEX R. APP. P. 10.1(a)(5)**

I, Chase Carmen Hunter, certify that I did attempt to resolve the issues described herein as described herein. I did contact Mr. Vavra, the Respondents, and Cynthia Morales by email and/or facsimile as described herein on January 30, 2015, to discuss the issues described herein prior to filing this motion; and I received no response from Mr. Vavra and received a response from Ms. Morales on 2/4/2015 as described herein.

_____          ___2/4/2015___
Chase Carmen Hunter

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served upon the parties shown below as indicated on February 4, 2015:


Eleanor Kitzman, Julia Rathgeber, and the Texas Department of Insurance
By email on January 15, 2015 at
ChiefClerk@tdi.state.tx.us
Facsimile: 512-490-1064


Cynthia A. Morales
Assistant Attorney General
By Email on January 15, 2015 at
Cynthia.Morales@texasattorneygeneral.gov
Facsimile: (512) 477-2348

_____
Chase Carmen Hunter